The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-125RSM |
| Plaintiff | **ORDER** |
| v. | |
| GARY STENSLAND, | |
| Defendant. | |

THE COURT has considered the stipulated motion to proceed with guilty plea by video hearing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the parties' motion, and that a guilty plea by video hearing may take place as soon as practical, because further delays in this case would cause serious harm to the interests of justice," *see* General Order No. 04-10, for the reasons set forth in the parties' stipulation.

THE COURT ORDERS that the parties may proceed with a plea hearing by video conference, consistent with current procedures established by this Court, and directs the parties to consult with one another and the Court to schedule such a hearing at a mutually acceptable date and time.

DATED this 9th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1

2   Presented by:

3   *s/Peter Mazzone*
    PETER MAZZONE
4   Attorney for Gary Stensland

5

6   *s/Matthew Hampton*
    Matthew Hampton
7   Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28