The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR20-125RSM |
| ) | |
| vs. ) | **ORDER GRANTING MOTION TO SEAL APPENDIX 1 TO DEFENDANT'S SENTENCING MEMORANDUM** |
| GARY STENSLAND, ) | |
| ) | |
| Defendant ) | |

Upon consideration of Defendant's Motion to Seal Appendix 1 to Defendant's Sentencing Memorandum, the motion is GRANTED.

DATED this 29th day of October, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 22nd day of October, 2021.

/s/Peter Mazzone
Peter Mazzone WSBA #25262
Attorney for Defendant

ORDER TO MOTION TO SEAL APPENDIX - 1

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
(425) 259-4989