1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

GARY STENSLAND,

Defendant.

No. CR20-125-RSM

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1.  One Apple iPhone XR, serial number G0NZ26JRKXKY, seized from the Defendant on or about August 6, 2020; and,

2.  One Apple MacBook A1278 computer, seized from the Defendant on or about August 6, 2020.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On November 5, 2021, the Court entered a Preliminary Order of Forfeiture finding the electronics forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting the Defendant's interest in them (Dkt. No. 56);

Final Order of Forfeiture - 1
*United States v. Gary Stensland,* CR20-125-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 59); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.      No right, title, or interest in the electronics exists in any party other than the United States;

2.      The electronics are fully and finally condemned and forfeited, in their entirety, to the United States; and,

3.      The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the electronics as permitted by governing law.

IT IS SO ORDERED.

DATED this 21st day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 2
*United States v. Gary Stensland,* CR20-125-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970